0c0493

**Order issued: October** /0 , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01284-CV

### IN THE INTEREST OF N.T., A CHILD

### On Appeal from the 256th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DF-11-00657-Z

## ORDER

We **GRANT** the October 3, 2012 motion for an extension of time to file the reporter's record

filed by Glenda Johnson, Official Court Reporter for the 256th Judicial District Court of Dallas

County, Texas. Ms. Johnson shall file the reporter's record on or before October 15, 2012.

ELIZABETH LANG-MIERS
JUSTICE